## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jane Doe | * |
| Plaintiff(s) | * |
| vs. | *  Civil Case No.: 1:23−cv−03318−ABA |
| University of Maryland Medical System Corp., et al. | * |
| Defendant(s) | * |

## SHOW CAUSE ORDER

    Pursuant to Standing Order 2018−04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. Jane Doe has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

    ORDERED that Jane Doe is to appear before the designated Chambers Judge on 1/26/2024 at 2:00 p.m. to show cause, if any, why Jane Doe did not file a consent or declination. Jane Doe should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

    ORDERED that this Order shall be vacated if Jane Doe files a consent or declination prior to the show cause hearing date.

Date: <u>December 28, 2023</u>　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Adam B. Abelson
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge